38 So.3d 226 (2010)
Ernest Lee MILTON, Appellant,
v.
STATE of Florida, Appellee.
No. 5D10-1585.
District Court of Appeal of Florida, Fifth District.
June 22, 2010.
Ernest L. Milton, Lowell, pro se.
Bill McCollum, Attorney General, Tallahassee, and Kristen L. Davenport, Assistant attorney General, Daytona Beach, for Appellee.
PER CURIAM.
AFFIRMED. Washington v. Recuenco, 548 U.S. 212, 126 S.Ct. 2546, 165 L.Ed.2d 466 (2006).
ORFINGER, COHEN and JACOBUS, JJ., concur.